# United States District Court

DISTRICT OF **MASSACHUSETTS**

HISTOGENICS CORPORATION

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **04-30182-KPN**

SRS INTERNATIONAL CORPORATION

TO: (Name and address of defendant)

SRS International Corproation
Suite 1000
162 K Street, NW
Washington, DC



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

L. Jeffrey Meehan, Esquire, Doherty, Wallace, Pillsbury and Murphy, P.C., One Monarch Place, 1414 Main Street, Springfield, Massachusetts 01144.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

*Mary Finn*

(BY) DEPUTY CLERK

September 16, 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9-24-04 |
|---|---|
| NAME OF SERVER (PRINT) Wendell Quick | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1801 K St. #1200 WDC <Robert FAIB> Reg. Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-24-04
         Date

Signature of Server

Address of Server: 1133 Conn. Ave WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.