UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

CIVIL ACTION NO. 04-30182-KPN

HISTOGENICS CORPORATION,
 Plaintiff

vs.

SRS INTERNATIONAL CORPORATION,
 Defendant

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

The plaintiff, Histogenics Corporation, voluntarily dismisses this action pursuant to F.R.C.P. 41(a)(1) as the parties have settled.

THE PLAINTIFF
HISTOGENICS CORPORATION

By_____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
 and Murphy, P.C.
1414 Main Street, Suite 1900
Springfield, MA  01144
(413) 733-3111
(413) 734-3910 (fax)
B.B.O. Number 341440

**CERTIFICATE OF SERVICE**

I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, on January 14, 2005 to:

John D. Pellegrin, Esq.
9306 Old Keene Mill Road
Burke, Virginia  22015

_____
L. Jeffrey Meehan, Esquire

253794-1